```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
Q WEST PROMOTIONS,

                        Plaintiff,
                                                    O R D E R
        - against -
                                                 20 Civ. 2756 (NRB)
NATASHA TAMEIKA "TASHA" COBBS LEONARD,
TASHA COBBS MINISTRIES, INC. and
ENDEAVOR GROUPS HOLDING f/k/a WILLIAM
MORRIS AGENCY, LLC,

                        Defendants.
----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** a teleconference was held in this case on September 3, 2020 to discuss issues of jurisdiction and venue; and

**WHEREAS** both plaintiff's counsel and counsel for defendants Natasha Tameika "Tasha" Cobbs Leonard and Tasha Cobbs Ministries, Inc. consent to the transfer of this case to the United States District Court for the District of South Carolina; it is hereby

**ORDERED** that this case be transferred to the United States District Court for the District of South Carolina; and it is further

**ORDERED** that the Clerk of Court shall transfer the case file to the United States District Court for the District of South Carolina and shall close the case on the docket of this Court.

DATED:   New York, New York
         September 3, 2020

                                    _____
                                      NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE